# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ex rel., MARJORIE PRATHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:12-CV-00764 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| BROOKDALE SENIOR LIVING ) | |
| COMMUNITIES, INC., BROOKDALE ) | |
| LIVING COMMUNITIES, INC., ) | |
| BROOKDALE SENIOR LIVING, INC., ) | |
| INNOVATIVE SENIOR CARE HOME ) | |
| HEALTH OF NASHVILLE, LLC, and ) | |
| ARC THERAPY SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The defendants' Motion to Dismiss (Docket No. 56) is **GRANTED**. This dismissal is without prejudice to the plaintiff or the United States. The plaintiff may file a Second Amended Complaint within sixty days. The defendants shall answer or otherwise plead within thirty days of the filing of any Second Amended Complaint.

It is so **ORDERED**.

Enter this 31st day of March 2015.

_____
ALETA A. TRAUGER
United States District Judge

1