UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., MARJORIE PRATHER, <br><br>    Plaintiff, <br><br>v. <br><br>BROOKDALE SENIOR LIVING COMMUNITIES, INC.; BROOKDALE LIVING COMMUNITIES, INC.; BROOKDALE SENIOR LIVING, INC.; INNOVATIVE SENIOR CARE HOME HEALTH OF NASHVILLE, LLC; and ARC THERAPY SERVICES, LLC; <br><br>    Defendants. | Civil No. 3:12-CV-00764 <br> Judge Aleta A. Trauger |

## ORDER

The defendants' Motion to Dismiss the Second Amended Complaint pursuant to Rules 12(b)(6) and 9(b) (Docket No. 78) is **GRANTED** with prejudice. This Order constitutes the judgment in this case.

It is so **ORDERED**.

Enter this 5th day of November 2015

_____
ALETA A. TRAUGER
United States District Judge

1