UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, )<br>MARJORIE PRATHER, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>BROOKDALE SENIOR LIVING )<br>COMMUNITIES, INC., et al, )<br> )<br>Defendants. ) | Civil Case No. 3:12-cv-00764<br><br>Judge Aleta A. Trauger |

NOTICE OF APPEAL

Plaintiff-Relator Marjorie Prather, by counsel, gives notice that she hereby appeals the Entry of Judgment (Dkt. 114), entered on June 22, 2017, in favor of all Defendants, Brookdale Senior Living Communities, Inc., Brookdale Living Communities, Inc., Brookdale Senior Living, Inc., Innovative Senior Care Home Health of Nashville, LLC d/b/a Innovative Senior Care Home Health, and ARC Therapy Services, LLC d/b/a Innovative Senior Care, and against Plaintiff-Relator based on the Memorandum Opinion of the Court (Dkt. 112), and the corresponding Court Order (Dkt. 113).

Respectfully Submitted,

/s/ Patrick Barrett
Patrick Barrett (BPR # 020394)
Barrett Law Office, PLLC
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
615-463-4000
pbarrett@barrettlawofficetn.com

/s/ Michael Hamilton
Michael Hamilton (BPR # 10720)
Provost Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
615-297-1932
mhamilton@pulf.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served upon the following counsel via the Court's electronic filing system on this 18th day of July, 2017.

Brian Roark
Taylor Chenery
Angela Bergman
Bass Berry & Sims, PLC
150 Third Ave., South, Ste. 2800
Nashville, TN 37201-3001
Telephone: 615- 742-6200
Facsimile: 615-742-0442
broark@bassberry.com
tchenery@bassberry.com
abergman@bassberry.com

Mark H. Wildasin
Assistant United States Attorney
United States Attorney's Office
110 Ninth Ave., South, Suite A-961
Nashville, TN 37203
Telephone: 615-736-5151
Facsimile: 615-401-6626
Mark.Wildasin@usdoj.gov

/s/ Patrick Barrett