# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) <br> MARJORIE PRATHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BROOKDALE SENIOR LIVING ) <br> COMMUNITIES, INC., et al, ) <br> ) <br> Defendants. ) | Civil Case No. 3:12-cv-00764 <br><br> Judge Aleta A. Trauger |

## ORDER

Upon consideration of the parties' Stipulation of Dismissal and the consent of the United States to same, IT IS ORDERED that this action be dismissed WITH PREJUDICE as to Relator Marjorie Prather and WITHOUT PREJUDICE as to the United States. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED,

This  7th  day of October, 2019.

_____
JUDGE ALETA A. TRAUGER

APPROVED:

/s/ Patrick Barrett
Patrick Barrett (BPR # 020394)
Barrett Law Office, PLLC 4205
Hillsboro Pike, Suite 303
Nashville, TN 37215 615-463-4000
pbarrett@barrettlawofficetn.com

/s/ Michael Hamilton
Michael Hamilton (BPR # 10720) Provost Umphrey Law Firm, LLP 4205 Hillsboro Pike, Suite 303 Nashville, TN 37215
615-297-1932
mhamilton@pulf.com

*Attorneys for Plaintiff*

/s/ Brian D. Roark
Brian D. Roark
J. Taylor Chenery
Angela Bergman
Bass Berry & Sims, PLC 150 Third Ave., South, Ste. 2800
Nashville, TN 37201-3001
Telephone: 615- 742-6200
Facsimile: 615-742-0442
broark@bassberry.com
tchenery@bassberry.com
abergman@bassberry.com

*Attorneys for Defendants*

/s/ Mark H. Wildasin

Mark H. Wildasin
Assistant United States Attorney
United States Attorney's Office
110 Ninth Ave., South, Ste A961
Nashville, TN 37203
Telephone: 615-736-5151

Facsimile: 615-401-6626
Mark.Wildasin@usdoj.gov

27143528.1